No. 92–5899. WADE ET AL. *v.* UNITED STATES ET AL. C. A. 8th Cir. Motion of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until November 23, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BLACKMUN and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari with-

out reaching the merits of the motion to proceed *in forma pauperis.*